UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY NEUFELD,<br><br>              Plaintiff,<br><br>   v.<br><br>JACOBS TECHNOLOGY, INC., et al.,<br><br>              Defendants, | Case No. 1:19-cv-00182 DAD JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT (Doc. 11) |

      The parties report they have come to terms of settlement. (Doc. 11) They indicate they will seek dismissal of the action within 60 days. Id. at 2. Thus, the Court **ORDERS**:

      1.     The stipulation to dismiss the action **SHALL** be filed **no later than May 13, 2019**;

      2.     All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated:   **March 18, 2019**                  **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE